■ In the Matter of the Claim of Jessie Irwin et al., Respondents. Greenville Mills, Inc., Appellant. Martin P. Catherwood, as State Industrial Commissioner, Respondent.— Application to restore appeal to the calendar of this court. Application granted upon condition that the appeal be perfected and that the record and brief be served and filed on or before October 20, 1959 and be ready for argument at the November Term of this court. In the meantime and pending determination of the appeal the stay against the Industrial Commissioner is continued. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Frances Becker, Appellant, against Board of Education of Middleburgh Central School District No. 1, of the Towns of Middleburgh, Fulton, Broome, Blenheim and Schoharie, Schoharie County, and Berne, Albany County, Respondents.— Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Alexander Leavitt, Petitioner, against Board of Regents of the University of the State of New York, Respondent.— Motion to adjourn argument until the November Term of this court granted by default and stay now in effect continued pending argument and determination of proceeding. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ Benny Firstenberg et al., Respondents, v. Morris Wasserman et al., Appellants.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. John Hunter, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to February 15, 1960. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the L. C. L. Corporation, Petitioner, against State Tax Commission, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ Rocco Fallone et al., Respondents, v. Harry O. Gochee et al., Respondents, and Paul Giebitz et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Leon H. Thompson, Appellant, against W. Cecil Johnston, as Director of Dannemora State Hospital, Respondent.— Application for leave to appeal as a poor person and for the assignment of counsel denied on the ground that the moving papers disclose no merit to the proposed appeal. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.